S. Frager and D. Saperstein, trading as Albany Bargain House, appellees, v. S. Birkenstein & Sons, Inc., appellant. Gen. No. 34,668.

Opinion filed June 15, 1931.
Wm. S. Newburger, for appellant; James J. Danaher, of counsel. Moses, Kennedy, Stein & Bachrach, for appellees; J. H. Oppenheim, of counsel.
Mr. Justice Hebel delivered the opinion of the court.

Tony Tallarico, appellee, v. Union Assurance Society, Ltd., of London, England, appellant. Gen. No. 34,692.

Opinion filed June 15, 1931.
Hicks & Folonie, for appellant. Livingston & Kaufman, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

Anderson and Lind Manufacturing Company, appellee, v. Michael Busa et al. Madison & Kedzie State Bank, Trustee, appellant. Gen. No. 34,707.

Opinion filed June 15, 1931.
Isaac B. Lipson, for appellant; Randolph Thornton, of counsel. Cohon & Goldstein, for appellee.
Mr. Justice Hebel delivered the opinion of the court.

Eugene Lufman et al. for the use of R. Sukert, appellant, v. Careful Cleaners, Inc., appellee. Gen. No. 34,716.

Opinion filed June 15, 1931.
Kessler, Tobin & Miller, for appellant. Cochrane & George, for appellee.
Mr. Justice Hebel delivered the opinion of the court.